Pd

FILED

JUL 24 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT

7/26/17

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ER_____ DEPUTY

1  LESLIE S McAFEE, Esq. #138594
   Law Office of Leslie S McAfee
2  27525 Newhall Ranch Road
   Unit 7, 2nd Floor
3  Valencia, CA 91355
   (818) 566-1986
4  Facsimile (818) 827-3078
5  email: trialattorney@hotmail.com

6  Attorney for Plaintiff JOANNA COOK

7

8                  UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                      SAN FERNANDO DIVISION

11                              USDC Case# 2:17CV05521-FMO

12  In re                      Case No.: 1:15-bk-11350 - VK

13  PEDRAM SHIRZAD,            Adv. No.: 1-15-ap-01084-VK

14                             **PLAINTIFF'S NOTICE OF APPEAL**
15      Debtor.                **AND ELECTION TO HAVE APPEAL**
                               **HEARD BY THE DISTRICT COURT**
16  _____

17  JOANNA COOK,

18      Plaintiff,

19

20  v.

21  PEDRAM SHIRZAD,

22      Defendant.

23  _____

24        NOTICE OF APPEAL AND STATEMENT OF ELECTION

25        Plaintiff, JOANNA COOK, in the adversary proceeding noted above, hereby

26  appeals the following orders and/or judgments, copies of which are attached hereto:

27        Order on Defendant's Motion to Dismiss First Amended Adversary Complaint

28  entered 3/172016; and

                                    i

1     Judgment after trial entered on July 10, 2017.

2    <u>Parties to Appeal:</u>

3

4    Pedram Shirzad, Debtor/Defendant      Leslie Cohen, Esq.
                                          506 Santa Monica Boulevard

5                                            Suite 200
                                           Santa Monica, CA 90401

6                                            (310) 394-5900

7

8      Appellant elects to have the appeal heard by the United States District Court
rather than by he Bankruptcy Appellate Panel.

9

10    _____     7/20/2017
    Leslie S McAfee, Esq.

11    Attorney for Appellant
    27525 Newhall Ranch Road, Suite 7, 2nd Floor

12    Valencia, CA 91355
    (818) 566-1986

13    Facsimile: (818) 827-3078
    email: trialattorney@hotmail.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Leslie A. Cohen, Esq. (SBN: 93698)
       leslie@lesliecohenlaw.com
2  J'aime K. Williams Esq. (SBN 261148)
       jaime@lesliecohenlaw.com
3  LESLIE COHEN LAW, PC
   506 Santa Monica Blvd., Suite 200
4  Santa Monica, CA 90401
5  Telephone:  (310) 394-5900
   Facsimile:  (310) 394-9280
6
7  Attorneys for Debtor
   And Defendant
8

```
                                   ┌─────────────────────────────┐
                                   │      FILED & ENTERED        │
                                   │   ┌─────────────────────┐   │
                                   │   │    MAR 17 2016       │   │
                                   │   └─────────────────────┘   │
                                   │  CLERK U.S. BANKRUPTCY COURT│
                                   │  Central District of California│
                                   │  BY Reaves  DEPUTY CLERK    │
                                   └─────────────────────────────┘
```

CHANGES MADE BY COURT

9              UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11              SAN FERNANDO VALLEY DIVISION

12

| | |
|---|---|
| 13  In re | Case No.:  1:15-bk-11350 - VK |
| 14  PEDRAM SHIRZAD, | Adv. No.: 1:15-ap-01084-VK |
| 15 | **ORDER GRANTING IN PART, AND** |
| 16      Debtor. | **DENYING IN PART, DEBTOR'S** |
| | **MOTION TO DISMISS FIRST** |
| 17  JOANNA COOK, | **AMENDED ADVERSARY COMPLAINT** |
| 18 | Hearing Date: March 2, 2:30 p.m. |
|       Plaintiff, | Time  :        2:30 p.m. |
| 19  v. | Place:          Courtroom 301 |
| 20  PEDRAM SHIRZAD, |                21041 Burbank Blvd. |
| 21 |                Woodland Hills, CA |
|       Defendant. | |
| 22 | |

23

24

25

26

27

28

1

1       The hearing on Debtor's Motion to Dismiss [Docket No. 29] the First Amended

2 Adversary Complaint [Docket No. 23]  and Status Hearing in the above captioned

3 adversary proceeding were held on February 17, 2016, at 2:30 p.m. before the

4 Honorable Victoria Kaufman, United States Bankruptcy Judge in the above-referenced

5 Court. Appearances were noted on the record.

6       The Court, having read and considered the First Amended Adversary

7 Complaint, the Motion to Dismiss, Opposition and Reply thereto, considered the

8 statements made at the time of the hearing and granted Plaintiff's request for

9 additional briefing on the tentative decision to grant Defendant's Motion to Dismiss the

10 First and Second Claims for Relief of the First Amended Adversary Complaint (the

11 "523 (a)(4) Causes of Action"), and set a further hearing for March 2, 2016, at 2:30

12 p.m. in the above-entitled Court.  The Defendant's Motion to Dismiss the Third Claim

13 for Relief of the First Amended Adversary Complaint was denied.

14       At the hearing on March 2, 2016, the Court read and considered the additional

15 briefs consisting of Plaintiff's brief, Defendant's Opposition Brief, and Plaintiff's short

16 Reply Brief, regarding the tentative decision to dismiss the 523(a)(4) Causes of Action,

17 and considered the statements made at the time of the hearing, and declined to

18 change the tentative decision previously issued on February 17, 2016 to dismiss the

19 same.

20       Therefore, for good cause appearing *and for the reasons set forth in the Court's*

21 *adopted written ruling [doc. 39],*

22       **IT IS HEREBY ORDERED** as follows:

23       1.     Defendant's Motion to Dismiss the First Claim for Relief of Plaintiff's First

24 Amended Adversary Complaint, under 11 U.S.C. §523(a)(4), is granted without leave

25 to amend;

26       2.     Defendant's Motion to Dismiss the Second Claim for Relief of Plaintiff's

27 First Amended Adversary Complaint,  under 11 U.S.C. §523(a)(4), is granted without

28 leave to amend;

2

1

2        3.     Defendant's Motion to Dismiss the Third Claim for Relief of Plaintiff's

3 First Amended Adversary Complaint, under 11 U.S.C. §523(a)(6), is denied, finding

4 Plaintiff has adequately stated alleged a valid claim thereunder;

5        4.     Defendant is to file a response to the First Amended Adversary

6 Complaint within fourteen (14) days following entry of this Order;

7        5.     The Court sets a Status Conference for May 18, 2016, at 1:30 p.m. in

8 Courtroom 301, with the Status Report due May 4, 2016.

9

10                 ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24 Date: March 17, 2016                      Victoria S. Kaufman
                                  United States Bankruptcy Judge

25

26

27

28



1   Leslie A. Cohen, Esq. (SBN: 93698)
        leslie@lesliecohenlaw.com
2   J'aime K. Williams Esq. (SBN 261148)
        jaime@lesliecohenlaw.com
3   LESLIE COHEN LAW, PC
    506 Santa Monica Blvd., Suite 200
4   Santa Monica, CA 90401
    Telephone:  (310) 394-5900
5   Facsimile:  (310) 394-9280

6   Attorneys for Pedram Shirzad

7

FILED & ENTERED

JUL 10 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

CHANGES MADE BY COURT

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              SAN FERNANDO VALLEY DIVISION

11  In re                              Case No.: 1:15–bk–11350–VK

12    PEDRAM SHIRZAD,                   Adv. No.: 1:15–ap–01084–VK

13
                 Debtor                 Chapter 7
14
      JOANNA COOK,                      **JUDGMENT IN FAVOR OF**
15                                      **DEFENDANT**
                 Plaintiff,
16                                      Continued Trial Dates:
    v.                                  Date:   June 26-27, 2017
17    PEDRAM SHIRZAD,                   Time:   9:30 a.m.
                                        Courtroom: 301
18
                 Defendant
19

20

21

22

23

24

25

26

27

28                                     1

1       Trial in the above-captioned adversary action took place June 26-27, 2017 in the

2  above-referenced Court before the Honorable Victoria S. Kaufman, United States

3  Bankruptcy Judge.  Appearances were noted on the record.

4       The Court having considered the First Amended Complaint, Answer, subsequent

5  pleadings and discovery, Joint Pre-Trial Order, the evidence admitted at trial, the live

6  testimony offered a trial, those things of which it may take judicial notice, and the entire

7  record in this case and the statements and oral argument made at the time of trial, and

8  finding notice of this matter being appropriate under the circumstances and, *for the*

9  *reasons stated by the Court on the record*, good cause appearing,

10      IT IS HEREBY ORDERED AS FOLLOWS:

11      1.  The Plaintiff failed to support her burden to establish nondischargeability by a

12           preponderance of the evidence;

13      2.  Judgment is hereby entered in favor of Defendant Pedram Shirzad in this

14           adversary proceeding under all claims for relief.

15      3.  Plaintiff Joanna Cook's claims against Defendant Pedram Shirzad are fully

16           dischargeable, and are discharged.

17

18                                      # # #

19

20

21

22

23  Date: July 10, 2017           Victoria S. Kaufman

24                      United States Bankruptcy Judge

25

26

27

28                                        2