JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEDRAM SHIRZAD,<br><br>　　　　　Debtor,<br>_____<br>JOANNA COOK,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>PEDRAM SHIRZAD,<br><br>　　　　　Appellee.<br>_____ | Case No. CV 17-5521 FMO<br><br>(BK Case No. 15-bk-11350 VK)<br>(Adv. Case No. 15-ap-1084 VK)<br><br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Re: Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned appeal is **dismissed**. Alternatively, the Bankruptcy Court's Order of March 2, 2016 (Adversary Document No. 39) and Judgment of July 10, 2017 (Adversary Document No. 87) are **affirmed**.

Dated this 5th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge